UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GERALDINE L. LEE, | ) | 3:06-CV-0433-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | April 7, 2008 |
| | ) | |
| NNAMHS, ALEXANDER, CITY AUTO TOW, CITY OF SPARKS POLICE DEPT., COOK, FLOWERS, JACKSON, MOORE, REYNOLDS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Defendants NNAMHS, Dr. Harold Cook, Barbara Jackson, Jim Moore, John Alexander and Rosalyn Reynolds have filed a Motion for Enlargement of Time (Doc. #92). Defendant City of Sparks has filed a Joinder in Defendants' Motion for Enlargement of Time (Doc. #93).

     Defendants' Motion (Doc. #92) is <u>GRANTED</u>.  The last day to file dispositive motions will be thirty (30) days after the court has ruled on Plaintiff's Motion to Amend Complaint and Motion for Reissuance of Service to Defendant Heather Flowers (Doc. Nos. 88 and 89).

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk