UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GERALDINE L. LEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NNAMHS, ALEXANDER, CITY AUTO TOW, CITY OF SPARKS POLICE DEPT., COOK, FLOWERS, JACKSON, MOORE, REYNOLDS, et al.,<br><br>　　　　　Defendant. | 3:06-cv-00433-LRH-RAM<br><br>ORDER |

　　　Before the court are three orders entered by U.S. Magistrate Robert A. McQuaid, Jr.: Order #96[1], entered on April 24, 2008, denying Plaintiff's motion to amend complaint (#88); Order #97, entered on April 24, 2008, denying Plaintiff's motion for reissuance of service to Defendant Heather Flowers (#89), and Order #108, entered on March 30, 2009, denying Plaintiff's motion for the court to reconsider its orders #96 and #97 (#99). Plaintiff filed her Objections to Orders Denying Motions (#110) and Request for Hearing with Presiding Justice Larry Hicks (#111). Defendants have filed a response (#116), and Plaintiff replied (#117).

　　　The court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2 and determines that Orders #96, #97, and #108 should be affirmed upon the grounds cited by Magistrate Judge McQuaid in those Orders. Plaintiff's objections (#110) are denied.

---

　　　[1]Refers to court's docket number.

1   The court sees no need for a hearing as it is indisputable that the Attorney General was
2   not representing Defendant Heather Flowers as stated in its Answer (#26) filed on December 19,
3   2006. Plaintiff's motions #88 and #89, filed on March 20, 2008, were untimely. Plaintiff's
4   request for a hearing (#111) is denied.
5   All dispositive motions shall be filed within thirty (30) days of entry of this order.
6   IT IS SO ORDERED.
7   DATED this 12th day of June, 2009.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE