AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

GERALDINE L. LEE,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:06-CV-00433-LRH-RAM**

NNAMHS, ALEXANDER, CITY AUTO TOW, CITY OF SPARKS POLICE DEPT., COOK, FLOWERS, JACKSON, MOORE, REYNOLDS and DOES I-X,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants Northern Nevada Adult Mental Health Services ("NNAMHS"), Dr. Harold Cook, Barbara Jackson, Jim Moore, John Alexander, and Roslyne Reynolds' Motion for Summary Judgment (#121) is GRANTED.
    IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Flowers are DISMISSED.

  September 22, 2009              **LANCE S. WILSON**
                                          Clerk

                                      /s/ D. R. Morgan
                                        Deputy Clerk