AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

GERALDINE L. LEE,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-CV-00433-LRH-RAM**

NNAMHS, ALEXANDER, CITY AUTO TOW, CITY OF SPARKS POLICE DEPT., COOK, FLOWERS, JACKSON, MOORE, REYNOLDS and DOES I-X,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Sparks Police Department's Motion for Summary Judgment (#119), joined by City Auto Towing, is GRANTED.

    September 22, 2009                    **LANCE S. WILSON**
                                                            Clerk

                                                                         /s/ D. R. Morgan
                                                                        Deputy Clerk