UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GERALDINE L. LEE, | |
| Plaintiff, | 03:06-CV-0433-LRH-RAM |
| vs. | |
| NNAMHS, ALEXANDER, CITY AUTO TOW, CITY OF SPARKS POLICE DEPT., COOK, FLOWERS, JACKSON, MOORE, REYNOLDS and DOES I-X, | ORDER |
| Defendants. | |

Through its previous orders (## 140, 141), the court has dismissed Plaintiff Geraldine Lee's claims against each Defendant. However, on February 7, 2008, Defendant City Auto Towing filed a cross-claim (#79) against Defendant NNAMHS seeking indemnification. Because the court has granted summary judgment in favor of NNAMHS and dismissed each of Plaintiff's claims, there is no basis for NNAMHS to indemnify City Auto Towing. Accordingly, the court will dismiss City Auto Towing's Cross-Claim (#79).

IT IS THEREFORE ORDERED that Defendant City Auto Towing's Cross-Claim (#79) is DISMISSED.

The Clerk of the court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 22nd day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE