AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

GERALDINE L. LEE,

      Plaintiff,     JUDGMENT IN A CIVIL CASE

  V.

           CASE NUMBER: **3-06-cv-433-LRH-RAM**

NNAMHS, ALEXANDER, CITY AUTO
TOW, CITY OF SPARKS POLICE DEPT.,
COOK, FLOWERS, JACKSON, MOORE,
REYNOLDS,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XXX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant City Auto Towing's Cross-Claim is DISMISSED.


  September 23, 2009                         **LANCE S. WILSON**
                                                            Clerk


                                                           /s/ Lia Griffin
                                                           Deputy Clerk